DISTRICT OF VERMONT
FILED

2026 MAY 28 A 11: 45

BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

UNITED STATES OF AMERICA        )
                                )
        v.                      )        NO. 2:26-cr-52-1-2-3- 4-5-6-7
                                )
DAVON OLIN, COREY VASQUEZ,      )        (18 U.S.C. §§ 2, 1028A, 1344, 1349)
JAMES MICHAEL ROOSEVELT WILLIAMS,)
███████████████████████         )
███████████████, MARK OCHOA,    )
and LINDSAY SHEEHAN,            )
        Defendants.            )

BY _____
DEPUTY CLERK

2026 JUN - 3 A 9: 10

CLERK

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

## INDICTMENT

The Grand Jury charges:

### COUNT 1

### Background

1.  At all times relevant to the Indictment:

    a.    Artisans' Bank, with locations including in Wilmington, Delaware; Bar Harbor Bank and Trust, with locations including in Littleton, New Hampshire; Meredith Village Savings Bank, with locations including in Exeter, New Hampshire; Northfield Savings Bank, with locations including in Barre, Vermont; Sugar River Bank, with locations including in Newport, New Hampshire; Katahdin Trust, with locations including in Scarborough, Maine; Partners Bank of New England, with locations including in South Sanford, Maine and Portsmouth, New Hampshire; and National Bank of Middlebury, with locations including in Brandon, Vermont, were banks and financial institutions the deposits in which were insured by the Federal Deposit Insurance Corporation (FDIC).

b.    East Rise Credit Union, with locations including in Berlin, Vermont; Members First Credit Union, with locations including in Brattleboro, Vermont; Empeople Credit Union, with locations including in Portland, Maine; and North Country Federal Credit Union with locations including in Berlin, Vermont, were credit unions and financial institutions, the deposits in which were insured by the National Credit Union Administration (NCUA).

The Conspiracy

2. From at least as early as August 2024 and continuing through at least August 2025, in the District of Vermont and elsewhere, defendants DAVIN OLIN, CORY VASQUEZ, JAMES MICHAEL ROOSEVELT WILLIAMS, ███████████████████ ███████████ MARK OCHOA, and LINDSAY SHEEHAN, conspired and agreed with each other and others, known and unknown to the Grand Jury, including B.M. and T.D., to execute a scheme and artifice to obtain moneys, funds, and other property owned, or under the custody or control of, a financial institution by means of false and fraudulent pretenses, representations, and promises, contrary to Title 18, United States Code, Section 1344.

Object of the Conspiracy

3. It was the object of the conspiracy that defendants DAVIN OLIN, CORY VASQUEZ, JAMES MICHAEL ROOSEVELT WILLIAMS, ███████████████ ███████████████████████████, MARK OCHOA, LINDSAY SHEEHAN, and others including B.M. and T.D., would obtain money from financial institutions by opening accounts in Vermont, New Hampshire, Maine and elsewhere, and depositing U.S. Treasury checks in the names of other individuals using false identification documents and then withdrawing funds from the deposited checks. Through the course of the conspiracy the defendants deposited checks worth more than $500,000.00.

## Manner and Means

4.      It was part of the conspiracy that defendant DAVIN OLIN would obtain U.S. Treasury checks in the names of various individuals and false identification documents featuring those names and would provide the stolen U.S. Treasury checks and the false identification documents to co-conspirators to deposit.

5.      It was further part of the conspiracy that defendants CORY VASQUEZ and JAMES MICHAEL ROOSEVELT WILLIAMS would obtain U.S. Treasury checks and false identification documents from or at the direction of DAVIN OLIN and transport other members of the conspiracy to various financial institutions in order to open bank accounts under the names of the intended U.S. Treasury check recipients, deposit checks, and obtain funds.

6.      It was further part of the conspiracy that defendants CORY VASQUEZ, █████████, MARK OCHOA, and LINDSAY SHEEHAN, as well as B.M. and T.D., would use false identification documents to open bank accounts at various financial institutions, deposit the stolen U.S. Treasury checks into those accounts, and withdraw funds from those accounts.

7.      It was further part of the conspiracy that the defendants listed conducted the following transactions at the listed financial institutions:

  a.  On or about April 10, 2025, B.M., using identification documents purporting to represent him as D.M., opened an account and deposited a U.S. Treasury check dated August 23, 2024, for the amount of $18,786.03, in the name of D.M. into the newly opened account at Artisans' Bank in Wilmington, Delaware.

  b.  On or about June 3, 2025, T.D., using identification documents purporting to represent her as K.J., opened an account and deposited a U.S. Treasury check

dated May 7, 2025, for the amount of $6,807.00, in the name of K.J. into the newly opened account at Partners Bank of New England in Portsmouth, New Hampshire.

c. On or about June 20, 2025, defendant ███████████, using identification documents purporting to represent her as J.B., opened an account and deposited a U.S. Treasury check dated June 10, 2025, for the amount of $6,807.00, in the name of J.B. into the newly opened account at Meredith Village Savings Bank in Exeter, New Hampshire.

d. On or about July 12, 2025, B.M., using identification documents purporting to represent him as F.U., opened an account and deposited a U.S. Treasury check dated July 7, 2025, for the amount of $25,659.13, in the name of F.U. into the newly opened account at Sugar River Bank in Newport, New Hampshire.

e. On or about July 17, 2025, defendant ██████████████████ ███████, using identification documents purporting to represent her as H.C., opened an account and deposited a U.S. Treasury check dated July 3, 2025, for the amount of $5,910.15, in the name of H.C. into the newly opened account at Bar Harbor Bank and Trust in Littleton, New Hampshire.

f. On or about July 24, 2025, B.M., using identification documents purporting to represent him as V.D., opened an account and deposited a U.S. Treasury check dated June 27, 2025, for the amount of $16,292.05, in the name of V.D. into the newly opened account at Northfield Savings Bank in Barre, Vermont.

g. On or about July 24, 2025, defendant ███████████, using identification documents purporting to represent her as K.C., opened an account and deposited a

U.S. Treasury check dated July 10, 2025, for the amount of $16,237.00, in the name of K.C. into the newly opened account at East Rise Credit Union in Berlin, Vermont.

h.  On or about July 25, 2025, defendant LINSDAY SHEEHAN, using identification documents purporting to represent her as J.P., opened an account and deposited a U.S. Treasury check dated May 2, 2025, for the amount of $4,367.48, in the name of J.P. into the newly opened account at Katahdin Trust in Scarborough, Maine.

i.  On or about July 30, 2025, █████████████, using identification documents purporting to represent her as G.S., opened an account and deposited a U.S. Treasury check dated May 12, 2025, for the amount of $21,383.00, in the name of G.S. into the newly opened account at North Country Federal Credit Union in Berlin, Vermont.

j.  On or about July 31, 2025, T.D., using identification documents purporting to represent her as L.T., opened an account and deposited a U.S. Treasury check dated July 25, 2025, for the amount of $22,134.00, in the name of L.T. into the newly opened account at Members First Credit Union in Brattleboro, Vermont.

k.  On or about August 8, 2025, defendant ████████████████████ ██████, using identification documents purporting to represent her as I.H., opened an account and deposited a U.S. Treasury check dated August 23, 2024, for the amount of $15,324.06, in the name of I.H. into the newly opened account at Katahdin Trust in Scarborough, Maine.

l.  On or about August 15, 2025, defendant CORY VASQUEZ, using identification documents purporting to represent him as P.K., opened an account and deposited

a U.S. Treasury check dated July 25, 2025, for the amount of $10,740.00, in the name of P.K. into the newly opened account at Empeople Credit Union in Portland, Maine.

m. On or about August 16, 2025, defendant Mark OCHOA, using identification documents purporting to represent him as K.L., opened an account and deposited a U.S. Treasury check dated July 25, 2025, for the amount of $20,048.00, in the name of K.L. into the newly opened account at Partners Bank of New England in South Sanford, Maine.

n. On or about August 27, 2025, defendant LINDSAY SHEEHAN, using identification documents purporting to represent her as J.K., opened an account and deposited a U.S. Treasury check dated August 22, 2025, for the amount of $13,830.00, in the name of J.K. into the newly opened account at National Bank of Middlebury, in Brandon, Vermont.

(18 U.S.C. § 1349)

<u>COUNTS 2 to 4</u>

8.    Paragraphs 1 and 3 through 7 of Count 1 are hereby realleged and incorporated as if set forth fully herein.

9.    From at least as early as August 2024 through at least August 2025, in the District of Vermont and elsewhere, defendants DAVON OLIN, CORY VASQUEZ, █████████████ █████████████████████████████, and others knowingly  devised a scheme and artifice to obtain moneys, funds, and other property owned, and under the custody and control of, a financial institution by means of false and fraudulent pretenses, representations, and promises, namely DAVON OLIN and others would obtain U.S. Treasury checks and false identification documents, cause the opening of accounts at financial institutions in Vermont, New Hampshire, Maine, and elsewhere, and cause the deposit of U.S. Treasury checks into the newly opened accounts, later obtaining funds from those accounts.

10.    On or about the dates listed below, the listed individuals knowingly executed the scheme and artifice by using and causing the use of the listed fraudulent means of identification to open the listed accounts and deposit the listed checks:

| Count | Date | Defendants | Means of identification | U.S. Treasury Check | Location |
|---|---|---|---|---|---|
| 2 | July 17, 2025 | DAVON OLIN & ████████ | Name, Date of Birth, and SSN of H.C. | $5,910.15 in the name of H.C. | Bar Harbor Bank and Trust, Littleton, N.H. |
| 3 | July 30, 2025 | DAVON OLIN ████████ | Name, Date of Birth, and SSN of G.S. | $21,383.00 in the name of G.S. | North Country Federal Credit Union, Berlin, VT |

| 4 | August 15, 2025 | DAVON OLIN & CORY VASQUEZ | Name, Date of Birth and SSN of P.K. | $10,740.00 in the name of P.K. | Empeople Credit Union, Portland, M.E. |

(18 U.S.C. §§ 1344 & 2)

## COUNTS 5 to 9

11.     Paragraphs 1 and 3 through 7 of Count 1 are hereby realleged and incorporated as if set forth fully herein.

12.     On or about the following dates, at the following locations, in the District of Vermont and elsewhere, the listed defendants, during and in relation to a felony offense, namely the bank fraud conspiracy listed in Count 1, knowingly possessed and used, without lawful authority, a means of identification of another person:

| COUNT | DEFENDANT | DATE | LOCATION | MEANS OF IDENTIFICATION |
|---|---|---|---|---|
| 5 |  | 7/17/25 | Littleton, NH | Name, Date of Birth, and SSN of H.C. |
| 6 |  | 7/24/25 | Berlin, VT | Name, Date of Birth, and SSN of K.C. |
| 7 | CORY VASQUEZ | 8/15/25 | Portland, ME | Name, Date of Birth, and SSN of P.K. |
| 8 | MARK OCHOA | 8/16/25 | South Sanford, ME | Name, Date of Birth, and SSN of K.L. |
| 9 | LINDSAY SHEEHAN | 8/27/25 | Brandon, VT | Name, Date of Birth, and SSN of J.K. |

(18 U.S.C. § 1028A)

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1 through 4 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C) & 982(a)(2) and 28 U.S.C. § 2461(c).

2.      Upon conviction of an offense in violation of 18 U.S.C. §§ 1344 or 1349, the defendants, DAVIN OLIN, CORY VASQUEZ, JAMES MICHAEL ROOSEVELT WILLIAMS, ▮▮▮▮▮▮▮▮▮▮, MARK OCHOA, and LINDSAY SHEEHAN, shall forfeit to the United States any proceeds obtained, directly or indirectly, as a result of such violation.

3.      If any forfeitable property described above, as a result of any act or omission of the defendants:

  a. cannot be located upon the exercise of due diligence;

  b. has been transferred or sold to, or deposited with, a third party;

  c. has been placed beyond the jurisdiction of the court;

  d. has been substantially diminished in value; or

  e. has been commingled with other property which cannot be subdivided without difficulty;

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

(18 U.S.C. §§ 981(a)(1)(C), 982(a)(2), and 28 U.S.C. § 2461(c))

A TRUE BILL

FO█

JONATHAN A. OPHARDT
First Assistant United States Attorney

Eugenia A. P. Cowles
Assistant United States Attorney
Burlington, Vermont
May 28, 2026